ROBERT P. VARIAN (STATE BAR NO. 107459)
rvarian@orrick.com
JAMES N. KRAMER (STATE BAR NO. 154709)
jkramer@orrick.com
JUSTIN M. LICHTERMAN (STATE BAR NO. 225734)
jLichterman@orrick.com
JOSHUA D. WATTS (STATE BAR NO. 240977)
jwatts@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone: +1-415-773-5700
Facsimile: +1-415-773-5759

Attorneys for Defendant
NVIDIA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TODD FEINSTEIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

NVIDIA CORPORATION and Does 1 through 10,

Defendants.

Case No. C-08-04596 RS

**DEFENDANT NVIDIA CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE**

Defendant NVIDIA Corporation ("NVIDIA") files this statement of non-opposition to plaintiffs Steven Nakash and Todd Feinstein's Motion to Transfer, Consolidate and Appoint Co-Lead and Trial Counsel, filed in this Court on October 24, 2008 ("Consolidation Motion"). NVIDIA does not oppose consolidation -- which, as noted below, should include substantially identical cases beyond *Nakash* and *Feinstein* -- and takes no position regarding lead or trial counsel.

## BACKGROUND

There are currently four closely-related cases pending in the United States District Court for the Northern District of California, San Jose Division against NVIDIA, each of which is a putative consumer class action premised on alleged defects in graphics controller chips designed by NVIDIA and incorporated into notebook computers manufactured by various other parties. Each such action arises out of the same alleged facts and asserts claims for breaches of warranty and violations of consumer protection statutes on behalf of the same nationwide putative class of consumers. Those four actions are:

| **Case Name/Number** | **Date Filed** |
|---|---|
| *Nakash v. NVIDIA Corp.*, Case No. 08-04312 MEJ | September 12, 2008 |
| *Feinstein v. NVIDIA Corp.*, Case No. 08-04596 | September 12, 2008 |
| *Inicom Networks, Inc. v. NVIDIA Corp., et al.*, Case No. 08-04332 PVT | September 15, 2008 |
| *Cormier v. NVIDIA Corp.*, Case No. 08-5082 HRL[1] | November 7, 2008 |

On November 7, 2008, after meeting and conferring, the parties in *Nakash* and *Feinstein* executed a stipulation and proposed order and agreed that the actions be (i) consolidated, and (ii) transferred to the Honorable Judge Jeremy Fogel, before whom the *Inicom Networks* action is pending, to facilitate their consolidation with the *Inicom Networks* case and ensure the efficient and orderly prosecution of all three cases. A copy of the stipulation and a proposed order was filed with this Court that same day, and are attached hereto as Exhibit A. That same day, the

[1] At the time the *Nakash* and *Feinstein* plaintiffs filed their Consolidation Motion, the *Cormier* action had not yet been filed.

*Cormier* action was filed.

The parties to the *Nakash* and *Feinstein* actions are currently attempting to obtain consolidation of all four related actions (including *Inicom Networks* and *Cormier*). NVIDIA will file a comprehensive motion if those efforts are not successful.

Although not party to the Consolidation Motion or the stipulation, the plaintiff in *Inicom Networks* on November 11, 2008 filed a notice of pendency of other related actions pursuant to Local Rule 3-12. That notice is attached hereto as Exhibit B.

**NVIDIA AGREES THAT CONSOLIDATION IS APPROPRIATE**

It is undisputed that *Nakash*, *Feinstein*, *Inicom Networks* and *Cormier* are related for purposes of Local Rule 3-12. Consolidation of those cases, and anylater-filed actions, unquestionably will serve the interests of judicial economy and conservation of party resources. *See* Fed. R. Civ. P. 42(a).

**NVIDIA TAKES NO POSITION WITH RESPECT TO APPOINTMENT OF CO-LEAD AND TRIAL COUNSEL**

NVIDIA does not join in the Consolidation Motion with respect to the appointment of co-lead and trial counsel. NVIDIA takes no position on appointment of co-lead and trial counsel, and believes that matter should be resolved between plaintiffs and, if necessary, by the Court.

Respectfully submitted:

Dated: November 13, 2008

ROBERT P. VARIAN
JAMES N. KRAMER
JUSTIN M. LICHTERMAN
JOSHUA D. WATTS
Orrick, Herrington & Sutcliffe LLP

*/s/ Justin M. Lichterman*
Justin M. Lichterman
Attorneys for Defendant
NVIDIA CORPORATION

**PROOF OF SERVICE**

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, The Orrick Building, 405 Howard Street, San Francisco, California 94105-2669. On November 13, 2008, I served the following document:

- **DEFENDANT NVIDIA CORPORATION'S STATEMENT OF NON-OPPOSITION TO MOTION TO TRANSFER AND CONSOLIDATE**

via the Court's CM/ECF system on the interested parties in this action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 13, 2008 at San Francisco, California.

*\/s/ Joshua D. Watts*
Joshua D. Watts